IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-cr-10 |
| | ) | Judges Mattice/Lee |
| HOWARD CALLAWAY | ) | |

**O R D E R**

On the petition of the United States of America by William C. Killian, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of the Bradley County Jail, Cleveland, Tennessee, to bring Howard Callaway before this Court at Chattanooga, Tennessee, on February 12, 2014, at 2:00 p.m., for an initial appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to the Bradley County Jail.

And it is further ordered that in the event the Sheriff of Bradley County Jail, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Howard Callaway into his custody and transport him to and from said Bradley County Jail, and this Court for the aforesaid purpose.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE